1  Gloria Allred, Esq. (SBN 65033)
   gallred@amglaw.com
2  Nathan Goldberg, Esq. (SBN 61292)
3  ngoldberg@amglaw.com
4  María G. Díaz, Esq. (SBN 220087)
   mdiaz@amglaw.com
5  ALLRED, MAROKO & GOLDBERG
6  6300 Wilshire Boulevard, Suite 1500
   Los Angeles, CA 90048
7  Telephone: (323) 653-6530
   Facsimile:  (323) 653-1660
8

9  **Attorneys for PLAINTIFF, ESSIE GRUNDY**

10

11                UNITED STATES DISTRICT COURT

12                CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| ESSIE GRUNDY, | Case No. 5:18-CV-00429-PSG (SKx) |
| Plaintiff, | |
| vs. | **THE PARTIES' STIPULATION OF DISMISSAL** |
| WALMART, a Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | Action Filed: January 26, 2018 |

**TO THE HONORABLE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   **IT IS HEREBY STIPULATED** by and between the Parties to this action, Plaintiff, Essie Grundy and Defendant, Walmart, Inc., through their designated counsel, María G. Díaz, Allred, Maroko & Goldberg, and Kahn A. Scolnick, Gibson, Dunn & Crutcher LLP, that the Complaint and entire action in the above-

1  captioned case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).
2  Each party to bear its own attorney's fees and costs.
3
4  Date: November 5, 2019                ALLRED MAROKO GOLDBERG
5
6                                        By:  */s/ María G. Díaz*
7                                             María G. Díaz, Attorneys for
                                               Plaintiff, **ESSIE GRUNDY**
8
9
10 Date: November 5, 2019                GIBSON, DUNN & CRUTCHER LLP
11
12                                       By:  */s/ Kahn A. Scolnick*
13                                             Kahn A. Scolnick, Attorneys for
                                               Defendant, **WALMART, INC.**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 6300 Wilshire Boulevard, Suite 1500, Los Angeles, California 90048. On **November 5, 2019**, I served the within document: **THE PARTIES' STIPULATION OF DISMISSAL** on the interested stated below, by the following means of service:

**SEE ATTACHED SERVICE LIST**

[X] **By Electronic Transfer to the CM/ECF System:** On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

[] **By Mail:** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[] **By Personal Service:** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth above.

[X] **(Federal)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 5, 2019**, at Los Angeles, California.

Josie Peña

# SERVICE LIST

*Essie Grundy v. Walmart, Inc.*
Case No. 5:18-CV-00429-PSG (SKx)

## Attorneys for Defendant, WALMART, INC.

Kahn A. Scolnick
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
Email:  kscolnick@gibsondunn.com

Veronica S. Lewis
**GIBSON, DUNN & CRUTCHER LLP**
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201-6912
Telephone:  214.698.3100
Facsimile:  214.571.2900
Email:  vlewis@gibsondunn.com